Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Lloyd Franklin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Lloyd Franklin,        )<br>                             )<br>       Plaintiff,      )<br>                             )<br>   v.                    )<br>                             )<br>JC Christensen & Associates, Inc.,  )<br>                             )<br>       Defendant.      )<br>                             ) | **Case No.: 4:11-cv-00538-RCC**<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES the Plaintiff, Lloyd Franklin, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                    Respectfully Submitted,

Dated: October  18, 2011          KROHN & MOSS, LTD.


                                                    By: /s/ Ryan Lee
                                                        Ryan Lee
                                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2011, I served a copy of this document via ELECTRONIC MAIL upon the following:

Joseph J. Lico
621 Seventeenth Avenue, Suite 1800
Denver CO 80293
jlico@alp-pc.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff