IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lloyd Franklin,<br><br>  Plaintiff,<br><br>vs.<br><br>JC Christensen & Associates, Inc.,<br><br>  Defendant. | No. 11-CV-538-TUC-RCC<br><br>**ORDER** |

Based upon the Stipulation to Dismiss (Doc. 14) by all appearing parties and pursuant to Fed.R.Civ.P. 41(a)(1),

**IT IS ORDERED** the above-referenced matter is hereby **dismissed with prejudice** and the Clerk of the Court shall **close** the case.

DATED this 3rd day of January, 2012.

_____
Raner C. Collins
United States District Judge